UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| CAESARS ENTERTAINMENT OPERATING COMPANY, INC., et al.,[1] | ) Case No. 15-01145 (ABG) |
| Debtors. | ) (Jointly Administered) |
| CAESARS ENTERTAINMENT OPERATING COMPANY, INC., et al., | ) Chapter 11 |
| Plaintiffs, | ) Adversary Case No. 16-00522 (ABG) |
| vs. | |
| CAESARS ENTERTAINMENT CORPORATION, et al. | |
| Defendants. | |

## AGREED SCHEDULING ORDER

Subject to the Court's entry of this Order, this Agreed Order has been agreed to as of October 20, 2016, by and among counsel for the Official Committee of Second Priority Noteholders (the "Noteholder Committee") and the Debtors:

**WHEREAS**, the Noteholder Committee is completing its due diligence regarding certain tolling agreements utilized by the Debtors to preserve their estate claims against certain parties; and

---

[1] A complete list of the Debtors and the last four digits of their federal tax identification number many be obtained at https://cases.primeclerk.com/CEOC.

WHEREAS, the Noteholder Committee and the Debtors desire to resolve any dispute regarding the tolling agreements and preservation of estate claims promptly given that the statute of limitations on certain claims may run in January 2017;

**IT IS HEREBY AGREED AND ORDERED** as follows,

The Noteholder Committee will complete its due diligence regarding the tolling agreements and preservation of estate claims and inform the Debtors of any concerns by November 2, 2016. If the Noteholder Committee and the Debtors are unable to resolve the Noteholder Committee's concerns, the Noteholder Committee and the Debtors will file simultaneous briefs to address any issues with respect to the tolling agreements and preservation of estate claims on November 9, 2016. The dispute, if any, will be scheduled for presentment on November 16, 2016, at 1:30 p.m.

Dated: **25 OCT 2016**

_____
The Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Accepted and Agreed:

OFFICIAL COMMITTEE OF SECOND PRIORITY NOTEHOLDERS

By: */s/ Timothy W. Hoffmann*

Name: Timothy W. Hoffmann
JONES DAY

THE DEBTORS

By: */s/ Jeffrey J. Zeiger*

Name: Jeffrey J. Zeiger
KIRKLAND & ELLIS LLP

2