# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CAESARS ENTERTAINMENT OPERATING COMPANY, INC., *et al.*,[1] | Case No. 15-01145 (ABG) |
| Reorganized Debtors. | (Jointly Administered) |
| CAESARS ENTERTAINMENT OPERATING COMPANY, INC., *et al.*, | Chapter 11 |
| Plaintiffs, | Adversary Case. No. 16-00522 (ABG) |
| vs. | |
| CAESARS ENTERTAINMENT CORPORATION, *et al.* | |
| Defendants. | |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, made applicable to this adversary proceeding pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure, the plaintiffs, the Reorganized Debtors, hereby dismiss this adversary proceeding with prejudice.

---

[1] A complete list of the Reorganized Debtors and the last four digits of their federal tax identification numbers may be obtained at https://cases.primeclerk.com/CEOC.

| | |
|---|---|
| Dated: October 12, 2017<br>Chicago, Illinois | */s/ Jeffrey J. Zeiger, P.C.*<br>James H.M. Sprayregen, P.C.<br>David R. Seligman, P.C.<br>David J. Zott, P.C.<br>Jeffrey J. Zeiger, P.C.<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone:   (312) 862-2000<br>Facsimile:    (312) 862-2200<br><br>                - and -<br><br>Nicole L. Greenblatt, P.C.<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022-4611<br>Telephone:   (212) 446-4800<br>Facsimile:    (212) 446-4900<br><br>*Counsel to the Reorganized Debtors* |